# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

Eastern District of Kentucky
FILED

JUL 0 2 2026

**UNITED STATES OF AMERICA**

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

V.

INDICTMENT NO. 5:26CR73 KKC. mAS

8 U.S.C. § 1326(a)

**FREDERICO ESPINOZA-MARTINEZ,**
**aka SILIVIANO GARCIA-REYES**

\*        \*        \*        \*        \*

**THE GRAND JURY CHARGES:**

On or about August 22, 2023, in Madison County, in the Eastern District of Kentucky,

**FREDERICO ESPINOZA-MARTINEZ,**
**aka SILIVIANO GARCIA-REYES,**

an alien, was found in the United States after having been removed therefrom on or about November 7, 2009, and not having obtained express consent of the Attorney General of the United States, or his successor, the Secretary of Homeland Security, to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a).

**A TRUE BILL**



**FOREPERSON**

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

EMILY K. GREENFIELD
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

Not more than 2 years imprisonment, a $250,000 fine, and 1-year supervised release.

**PLUS:**       Mandatory special assessment of $100.