**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:26−cr−00073-KKC-MAS**

 **UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**V.**                          **MOTION OF UNITED STATES FOR WRIT**
                      **OF HABEAS CORPUS AD PROSEQUENDUM**


**FREDERICO ESPINOZA-MARTINEZ,**
     **aka SILIVIANO GARCIA-REYES**                          **DEFENDANT**

* * * * *

The Defendant, **FREDERICO ESPINOZA-MARTINEZ, aka SILIVIANO GARCIA-REYES**, is now confined at the Roederer Correctional Complex, 4000 Morgan Rd., in La Grange, KY 40031, serving a sentence for a violation of state law. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **FREDERICO ESPINOZA-MARTINEZ, aka SILIVIANO GARCIA-REYES,** to the United States Marshal so that **FREDERICO ESPINOZA-MARTINEZ aka SILIVIANO GARCIA-REYES,** may be brought before this Court for an initial appearance, arraignment and for other proceedings.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY


By:    s/Emily K. Greenfield
       Emily K. Greenfield
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4811
       Emily.greenfield@usdoj.gov