**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:26-CR-0073-KKC-MAS**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**             **ORDER GRANTING MOTION OF UNITED STATES**
             **FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**FREDERICO ESPINOZA-MARTINEZ,**
   **aka SILIVIANO GARCIA-REYES**                                    **DEFENDANT**

\* \* \* \* \*

On July 2, 2026, the federal grand jury indicted the **FREDERICO ESPINOZA-MARTINEZ, aka SILIVIANO GARCIA-REYES**, on the charge of illegal re-entry in violation of 8 U.S.C. § 1326(a). The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer of the Roederer Correctional Complex to deliver **FREDERICO ESPINOZA-MARTINEZ, aka SILIVIANO GARCIA-REYES,** to the United States Marshal so that **FREDERICO ESPINOZA-MARTINEZ, aka SILIVIANO GARCIA-REYES,** may be brought before this Court for an initial appearance, arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1)     the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2)     the jailer of the Roederer Correctional Complex shall DELIVER the

Defendant, **FREDERICO ESPINOZA-MARTINEZ, aka SILIVIANO GARCIA-REYES,** to the United States Marshal for the Eastern District of Kentucky;

(3)    the Marshal shall DELIVER **FREDERICO ESPINOZA-MARTINEZ aka SILIVIANO GARCIA-REYES,** in custody before the United States District Court at Lexington, Kentucky, on <u>July 29, 2026, at 9:30 a.m. for an initial appearance and arraign</u>ment on the federal charges against him, and from time to time thereafter until this case is disposed of;

(4)    the Marshal shall safely KEEP **FREDERICO ESPINOZA-MARTINEZ aka SILIVIANO GARCIA-REYES,** in custody until he is no longer needed, at which time the Marshal shall RETURN **FREDERICO ESPINOZA-MARTINEZ aka SILIVIANO GARCIA-REYES,** to the custody of the jailer; and

(5)    the Clerk shall forward this order to the United States Marshal (3 certified copies) and to the United States Probation Office.

On this the 2nd day of July, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies:    United States Marshal (3 certified copies)
United States Probation
Emily K. Greenfield, Assistant United States Attorney